

Vladeck, Raskin & Clark, P.C.
111 Broadway, Suite 1505
New York, NY 10006

October 25, 2024

Via ECF

Hon. Paul G. Gardephe
United States District Judge
US District Court for the SDNY
40 Foley Square
New York, New York 10006

Re:   *United States v.  Roberto Cartagena*, 24 Cr 516 (PGG)

Dear Judge Gardephe:

    I represent Mr. Cartegena in the above captioned matter pursuant to the Criminal Justice Act.   I write to request an adjournment of the status conference on consent.

    The Court has scheduled the first status conference of this matter for October 30, 2024 at 10:30 am.  I have a scheduling conflict that morning and accordingly, request that it be adjourned until either Thursday, November 7th or Friday, November 8th in the morning at the convenience of the Court.   My client works in the afternoon, so I respectfully request that the matter be scheduled before 12:30 pm.

    I have conferred with the Government, AUSA Jerry Fang, and he is available both days and times.    The defense has no objection to the exclusion of time under the Speedy Trial Act to facilitate this defense request.

    Thank you for your time and consideration.

                          Respectfully submitted,

                          *Susan J. Walsh*

cc:  AUSA Jerry Fang (BY ECF)

VLADECK, RASKIN & CLARK, P.C.  |  111 BROADWAY, SUITE 1505, NEW YORK, NY 10006